## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

THOMAS BECK,

       Plaintiff,

v.                                    CIVIL ACTION NO.  2:09-cv-00517

ACTAVIS TOTOWA, LLC, et al.,

       Defendants.

### DISMISSAL ORDER

Pending before the court is the plaintiff's Motion for Voluntary Dismissal Without Prejudice. [Docket 22]. The defendants have filed neither a dispositive motion nor a responsive pleading; therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2) I **GRANT** the motion and order that this civil action be dismissed without prejudice and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                            ENTER:       August 13, 2009

Joseph R. Goodwin, Chief Judge